# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.:

EDWIN PAUL ALLEN, III,

       Plaintiff,

v.

SAC WIRELESS, LLC,

       Defendant.

_____/

### **COMPLAINT**
*{Jury Trial Demanded}*

Plaintiff, EDWIN PAUL ALLEN, III, brings this action against Defendant, SAC WIRELESS, LLC, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 <u>et seq.</u>, and alleges as follows:

1.      Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2.      At all times material hereto, Plaintiff EDWIN PAUL ALLEN, III was a resident of the State of Florida and an "employee" of Defendants as defined by the FLSA.

3.      At all times material hereto and as part of Plaintiff's employment, Plaintiff engaged in interstate commerce on a regular and recurring basis within the meaning of the FLSA through interstate communication including by e-mail and telephone with Defendant's headquarters in Illinois.

4.      At all times material hereto, Defendant, SAC WIRELESS, LLC, was a Foreign Limited Liability Company engaged in business in South Florida, engaged in commerce in the field of wireless communications infrastructure, at all times material hereto was the "employer" of Plaintiff

as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

5.      Plaintiff worked for Defendant as a tower foreman.

6.      Defendant failed to pay Plaintiff for all the hours that Plaintiff worked.

7.      Defendant failed to pay Plaintiff the full and proper overtime wages for all the overtime hours that Plaintiff worked.

8.      Attached as <u>Exhibit A</u> is a preliminary calculation of Plaintiff's claims. These amounts may change as Plaintiff engages in the discovery process.

9.      Defendant has knowingly and willfully refused to pay Plaintiff his legally-entitled wages by failing to pay Plaintiff for all the overtime hours that Plaintiff worked.

10.     Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

11.     Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

**COUNT I**
**VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")**

12.     Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-11 above as if set forth herein in full.

13.     Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) time-and-a-half overtime pay and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

14.     Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against Defendant plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:    (786) 358-6071
Email: ekoz@kozlawfirm.com

_____
Elliot Kozolchyk, Esquire
Bar No.: 74791